IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
Criminal No. 4:22-cr-36-M
Civil No. 4:25-cv-75-M

DARRELL KOONCE, JR.,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

ORDER

The court, having examined petitioner's motion pursuant to Rule 4(b) of the Rules Governing § 2255 Proceedings, DIRECTS the United States Attorney to file an Answer pursuant to Rule 5, Rules Governing § 2255 Proceedings, or to make such other response as appropriate to the above-captioned § 2255 Motion to Vacate, Set Aside or Correct Sentence, within **forty (40)** days of the filing of this order.

SO ORDERED this 29th day of April, 2025.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE