UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

Criminal No. 4:22-cr-36-M
Civil No. 4:25-cv-75-M

| | | |
|---|---|---|
| DARRELL KOONCE, JR., | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | MOTION TO DISMISS |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

Respondent, by and through the Acting United States Attorney for the Eastern District of North Carolina, hereby moves to dismiss the petition filed pursuant to 28 U.S.C. § 2255 for failure to state a claim upon which relief can be granted. Fed. R. Civ. P. 12(b)(6). A memorandum of law is contemporaneously filed in support of this motion.

Respectfully submitted, this 9th day of June, 2025.

DANIEL P. BUBAR
Acting United States Attorney

BY: */s/ Jonathan Silberman*
JONATHAN SILBERMAN
Assistant United States Attorney
Eastern District of North Carolina
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601
Telephone: (919) 856-4530
Fax: 919-856-4487
Email: jonathan.silberman@usdoj.gov
Maryland Barred Attorney
*Attorney for United States of America*

Page **1** of **2**

## <u>CERTIFICATE OF SERVICE</u>

I do hereby certify that I have this 9th day of June, 2025, served a copy of the

foregoing upon the below-listed party by placing a copy in the United States Mail

to the following:


Darrell Koonce, Jr.
Reg. No: 14940-510
USP Hazelton
U.S. Penitentiary
P.O. Box 200
Bruceton Mills, WV 26525

BY: */s/ Jonathan Silberman*
JONATHAN SILBERMAN
Assistant United States Attorney
Eastern District of North Carolina
150 Fayetteville Street, Suite 2100
Raleigh, NC  27601
Telephone: (919) 856-4530
Fax: 919-856-4487
Email: jonathan.silberman@usdoj.gov
Maryland Barred Attorney
*Attorney for United States of America*

Page **2** of **2**