

**United States District Court**
**Eastern District of North Carolina**
Office of the Clerk
PO Box 25670
Raleigh, North Carolina 27611

Phone (919) 645-1700
Fax (919) 645-1750

Peter A. Moore, Jr.

Clerk of Court

June 9, 2025

Darrell Koonce, Jr.
Reg no. 14940-510
USP Hazelton
PO Box 5000
Bruceton Mills, WV 26525

      Re: Darrell Koonce v. USA
       Criminal No.  4:22-cr-36-M-1
       Civil No. 4:25-cv-75-M

Dear Mr. Koonce:

The respondent has filed a motion to dismiss with regard to the above-captioned action. Local Civil Rule 7.1(f)(1), EDNC provides that you must respond to a motion within twenty-one (21) days of the date of service of the motion.  If you fail to respond, the Court may grant the motion and your case will be dismissed.

Rule 5 of the Federal Rules of Civil Procedure requires that copies of anything you file with the Court must be served on all other parties or their counsel if they are represented. **Your material in opposition to the motion to dismiss must be filed on or before June 30, 2025.**

           Sincerely,

           /s/ Peter A. Moore, Jr.
           Clerk

PAM/ads