United States District Court
Eastern District Of North Carolina

FILED
APR -6 2026
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
DEP CLK

Case No. 4:22-Cr-36-M
Case No. 4:25-CV-75-M

I pro se litigant, Darrell Koonce Jr. hereby
requests a status update in this case. I have not re-
cieved, and mail on this matter since June of 2025.
February 3, 2026, Petitioner filed a motion for entry
of ruling on pending motion under 28. U.S.C. 2255, that I
have not received a response to. Therefore, I respec-
tfully, request a docket sheet to update me in the proc-
eedings.

Respectfully Submitted.  March 26, 2026.

Darrell Koonce

U.S.P. Coleman 1
U.S. Penitentiary
P.O. Box 1D33
Coleman, Fl. 33521